# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Carl V. Parker,

    Plaintiff

v.

State of Nevada,

    Defendant

Case No.: 2:17-cv-00767-JAD-CWH

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 12]

On February 28, 2018, this court screened and dismissed pro se petitioner Carl Parker's civil-rights complaint and gave him leave to file an amended complaint that cured the deficiencies outlined in the order.[1] But Parker failed to file an amended complaint before the court-ordered deadline. Magistrate Judge Hoffman now recommends that I dismiss this case based on Parker's failure to amend.[2]

Judge Hoffman issued his recommendation on April 5, 2018, making April 19, 2018, the deadline to file an objection. That deadline, too, has come and gone, and Parker has not objected. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Hoffman's **report and recommendation [ECF No. 12] is ACCEPTED and ADOPTED.** Parker's complaint is **DISMISSED without prejudice**. The **Clerk of Court** is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

Dated: April 23, 2018

                                                               _____
                                                               U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 10.

[2] ECF No. 12.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1